IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTINE MENGEL,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **READING EAGLE COMPANY,** | : | **No. 11-6151** |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 28th day of March, 2013, upon consideration of the Defendant's Motion for Summary Judgment (Doc. No. 16) and all Reponses and Replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** the Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.